ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-7298
> Facsimile: (415) 436-6748
> Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUBHKARAN RAMANA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, *et al.*,<br><br>Defendants. | C 3:24-cv-02304 LJC<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

In accordance with the Court's Order on July 31, 2024, Dkt. No. 15, the parties submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on August 7, 2024. Following Plaintiff's asylum interview, USCIS must complete all background, identity, and security checks as part of regular case processing, pursuant to 8 U.S.C. § 1158(d)(5)(A)(i).

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until January 6, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential

administrative resolution.

Dated: December 5, 2024 　　　　　　　　　　　Respectfully submitted[1],

ISMAIL J. RAMSEY
United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: December 5, 2024

/s/ Robert B. Jobe
ROBERT B. JOBE
Law Office of Robert B. Jobe
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 6, 2024

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report
C 3:24-cv-02304 LJC                     2